# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

DENNIS R. HOPKINS,

                Plaintiff,

v.

JEFF PLANICH, et al.,

                Defendants.

No. C09-5405 FDB/KLS

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS

      Before the Court is Plaintiff's application for leave to proceed *in forma pauperis*. Dkt. 5. Plaintiff's application for leave to proceed *in forma pauperis* shall be **GRANTED**. Plaintiff is currently detained at the Western State Hospital, Lakewood, Washington, and does not appear to have funds available to afford the $350.00 court filing fee.

      The Clerk is directed to mail a copy of this Order to Plaintiff.

      DATED at Tacoma, Washington this 5th day of August, 2009.

                                            Karen L. Strombom
                                            United States Magistrate Judge

ORDER GRANTING IN FORMA PAUPERIS APPLICATION - 1