# United States District Court

WESTERN DISTRICT OF WASHINGTON

DENNIS R. HOPKINS

v.

JEFF PLANICH, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5405FDB

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_XX_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

Plaintiff's First Amended Complaint [Dkt. 9] is **dismissed without prejudice and the dismissal counts as a strike pursuant to 28 U.S.C. 1915(g).**


| November 10, 2009 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

 

| | _s/CM Gonzalez_ |
|---|---|
| | Deputy Clerk |